Leading up to January 15, 2018, Detective Timothy Palchak, the undersigned Detective/TFO (herein "UC"), was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. The UC had posted an advertisement on a social networking application known to law enforcement as a platform used by individuals who have a sexual interest in children. The application allows users to post "confessions," which may or may not be factual, by super-imposing text on a picture that is then posted. The application also allows users to message one another. The application is completely anonymous, with each user issued a random nickname upon joining.

On Monday, January 15, 2018, the UC posted an advertisement on the social networking application whose text read, "Single dad day off home with daughter. Others??? Pm me".[1] At approximately 10:21 a.m. that day, the UC received a message in response to his posting from an individual with the username "Cigs", later identified as the defendant, Rambie Ondoy Nguyen. The defendant asked how old the UC's daughter was, to which the UC responded "8". The defendant asked why the UC brought up his daughter in the post. The UC responded that he was looking to chat with other dads, which led to the following exchange:[2]

| | |
|---|---|
| UC: | Why what are u into |
| Defendant: | Why |
| Defendant: | Do you have a fantasy of doin your daughter? |
| UC: | Do u |
| UC: | U like young? |
| Defendant: | I don't have one. And that's hot if you do |
| Defendant: | You do right? |
| Defendant: | Invite me over some time |

The defendant stated that he lived in "Fairfax" and asked the UC about the UC's sexual experiences with underage children. The defendant, in turn, stated that he had "had sex with 16". The UC stated that his daughter was much younger:

| | |
|---|---|
| UC: | My daughter is only 8 so probably to young for u |
| Defendant: | Have you touch your daughter |

---

[1] The abbreviation "PM" stands for "private message". Martin Luther King Jr. Day fell on January 15, 2018.

[2] All text abbreviations and typographical errors in quoted chat language reflect the original.

| | |
|---|---|
| UC: | I have to run |
| Defendant: | Huh? |
| UC: | Yes I do |
| Defendant: | If you don't mind me touching your daughter that would be great |

The UC provided the defendant his username on KiK messenger, a free mobile application that permits users to send text messages and other content, including videos and images. Shortly thereafter, the UC received a KiK message from the defendant, whose KiK username was "ondoyfitness". The defendant stated that he was "kinda turn on talking about your daughter". The UC wrote to the defendant, "Is 8 to young? If it is I totally understand". The defendant responded, "Yeah. What would you want us to do with your daughter/It's really up to you". The UC wrote that he was "cool with it" but that "if she is to young I understand". The defendant responded, "I know/What's the plan".

The defendant asked for a picture of the UC's daughter. The UC sent the defendant an image depicting a clothed female child who appeared to be approximately 8 years old. (Note that the image was not of a real child.) The defendant asked if the UC had a selfie with him and his daughter. The UC, in turn, asked the defendant what kind of pictures the defendant had. The defendant stated that he did not have any "naughty photos" and that he had recently been arrested and his phone seized. The defendant indicated that his arrest related to a 14 year old he had met on the same social media platform on which he had met the UC, but that he did not have sex with the 14 year old and was only arrested "for a couple of hours." The defendant then sent the UC a picture of what appeared to be an arrest warrant issued in Stafford County, Virginia. The picture showed a portion of the defendant's name and address.

The UC then sent the defendant a picture depicting part of the child's face as well as part of the UC's face. The defendant asked the UC, "Are we cool?" The UC replied, "I think so". The UC asked the defendant, "What are u looking to do and what dates are good for u?" The defendant responded that he worked tomorrow (January 16), was off at 2:00 p.m., and that he was "good witg anything". The UC advised that he would have his daughter at 3:00 that day.

The defendant asked the UC, "What can you do with your daughter". The UC replied that he did "everything" except for full intercourse. The defendant and UC then engaged in the following conversation:

| | |
|---|---|
| Defendant: | Have you had sex with your daughter |
| UC: | I have rubbed my dick in her yes |
| UC: | What are u looking to do with her? |
| Defendant: | It doesn't hurt her? |

2

| | |
|---|---|
| UC: | Only the head |
| Defendant: | What do you want me to do |
| Defendant: | I'll do anything |
| UC: | What are u interested in doing |
| Defendant: | Probably touching her |
| UC: | Ok where u want to touch her |
| Defendant: | And try to put mine in |
| UC: | Ok I'm cool with that are u clean? |
| Defendant: | Private part. Lick her |
| Defendant: | I'm clean |

The defendant asked the UC, "Is she okay with It though?" The defendant then asked the UC about the specifics of sexually abusing the UC's daughter, asking the UC, "Do you wanna be with her when i touch her" and stating that he did not mind if the UC watched. The defendant also stated, "I wanna watch you first with her if that's okay".

The defendant and the UC arranged to meet the next day, January 16, 2018, at 5:00 p.m. at an establishment near the UC's purported apartment. The UC provided the defendant with a cell phone number and advised that it would be easier for the defendant to contact him on that number the next day. Shortly thereafter, the UC received a text message on that number from the cell phone number (571) 839-4289, which stated, "Hi from KiK".

Using a law enforcement database, agents were able to identify the subscriber for the above cell phone number as Rambie Ondoy Nguyen residing at an address in Fairfax Station, Virginia. Using a law enforcement database, agents were also able to establish that an individual named Rambie Nguyen, residing at an address in Fairfax Station, Virginia and born in 1995, had been arrested on August 3, 2017 by Fairfax County Police Department on a misdemeanor arrest warrant issued in Stafford County, Virginia, charging the defendant with Contributing to the Delinquency of a Minor. This information matched the portions of the arrest warrant visible in the image sent by the defendant to the UC.

The defendant and the UC continued to converse over KiK messenger on January 15, 2018. The UC provided the defendant with additional opportunities to back out of the meeting in light of his purported daughter's age:

| | |
|---|---|
| UC: | Are u sure you are comfortable with her being 9. I just want to make sure your cool with it. |

| | |
|---|---|
| UC: | If not it's cool |
| Defendant: | Haven't try it. I can try |
| Defendant: | Since youre okay with it |
| UC: | But what I'm saying is that if you find 8 to be to young then maybe u can find older on here |
| Defendant: | I'm sure 8 is fine |

The defendant proceeded to ask the UC if he had photos of his daughter in her panties. The UC responded by sending the defendant a picture of what appeared to be the torso of a prepubescent child exposing part of her stomach and underwear, which led to the following exchange:

| | |
|---|---|
| Defendant: | That's nice |
| UC: | Thanks! |
| Defendant: | I wish i have a daughter like her someday |
| UC: | Well look her mom is picking her up soon so I have to get her ready to leave. But will have her tomorrow. Meet at 5 right? |
| Defendant: | Yes. Can you put your pinking in her? |
| Defendant: | I'm really turn on right now |
| UC: | I cant right now, would rather wait to do it live tomorrow |
| UC: | Once we meet |
| Defendant: | Oh okay. Just want see it |
| UC: | I'm john btw |
| UC: | You? |
| Defendant: | I can tell |
| Defendant: | Ramskie |
| UC: | Ok cool |
| Defendant: | There's no way for you to put your pinky in her real quick? |

4

The UC declined to provide the picture requested by the defendant but stated that they should text in the morning to work out the details of where they would meet. The defendant agreed.

Before signing off for the day, the defendant asked the UC, "What if her mom finds out/What if she tells her". The UC reassured the defendant that his daughter would not reveal the plan to her mother. The defendant directed the UC to "delete our convo".

On Tuesday, January 16, 2018, the UC contacted the defendant over KiK at approximately 8:27 a.m. The defendant asked the UC, "What can she do" to which the UC responded, "Just about everything." The defendant replied, "Okay awesome/I'd like to watch you with her first before I touch her/If that's okay". The defendant stated that this was his first time and that he did not know what to expect. The defendant asked the UC about other times he had allowed other men to have sexual contact with his daughter and what sex acts the 8 year old knew how to perform. The defendant asked the UC, "Does she know how to suck", whether the UC had tried penetrating her "half way" with his penis, and whether penetration hurt her.

The defendant the UC then engaged in a text message conversation regarding whether to meet up later that day. The defendant advised that he would try to get off work early that day. The UC suggested that they meet at bar near his purported apartment in downtown Washington D.C. at 5:00 at the latest, or earlier if the defendant got off work earlier. The defendant asked the UC how long he could stay, and the UC replied that he could stay as long as he wanted, as he would have his daughter all night.

The defendant and the UC continued to chat over KiK messenger in the early afternoon of January 16. The defendant stated that he had had sex with a 16 year old in Maryland whom he had met on the same social media platform. With respect to the UC's daughter, the defendant stated that he wanted to "try everything slowly" with her. The defendant also asked the UC, "You don't mind if I can have a private session with your daughter?/Like when you're done with her".

The defendant advised the UC that he would be going home early, and could meet up before 5:00 at the prearranged meeting location. The defendant texted the UC that he would be wearing a blue jacket, black jeans and cowboy boots. At approximately 4:05 p.m., the defendant texted the UC to advise that he was "looking for a garage right now". At 4:24 p.m., the defendant texted the UC that he had parked and was outside the meeting location. The UC asked if he should come or if the defendant would be coming in. The defendant responded, "Just come out and we can go".

The UC exited the location and met the defendant, who was dressed as he had described in the text message. He was placed under arrest and produced a Virginia driver's license bearing the name Rambie Nguyen. The defendant was transported to the FBI Washington Field Office, where he was advised of his *Miranda* rights and voluntarily provided a statement to law enforcement. In the statement, the defendant identified himself as Rambie Ondoy Nguyen, born in 1995. The defendant stated that he had been chatting with the father of an 8 year old on a social media platform, as well as on KiK and over text message. The defendant advised that he come into Washington D.C. that afternoon from his home in Virginia. The defendant stated that he came into Washington D.C. to hang out with the father and to "touch" his 8-year-old daughter. Asked to clarify, the defendant stated that he intended to "play with her" in a "sexual" manner. Asked if

they had talked about specific thing he wanted to do, the defendant stated "everything that was sexual." The defendant acknowledged wanting to engage in oral sex with the child, digitally penetrating the child, and penetrating the child vaginally and anally with his penis. Asked if these sexual acts were what the defendant and the father discussed specifically, or whether they were what the defendant hoped would happen, the defendant responded it was the latter. The defendant stated that he liked older women and indicated that this was the first time he had done something like this.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this 17th day of January, 2018.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE